UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LASALLE BANK, N. A., as Trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2003-C1, | : : : : |
| v. | : : C.A. No. 10CV30176-KPN |
| 380 UNION STREET PROPERTIES LLC | : : : |

### LASALLE BANK, N.A.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, LaSalle Bank, N.A. hereby discloses that it is a subsidiary through merger of Banc of America, N.A.

**LASALLE BANK, N.A., as Trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2003-C1, Commercial Mortgage Pass-Through Certificates, Series 2003-C1,**

By their Attorneys,

/s/ Armando E. Batastini
Armando E. Batastini (BBO #644098)
Nixon Peabody LLP
One Citizens Plaza, 7th Floor
Providence, RI  02903
Tel:  (401) 454-1000
Fax:    (401) 454-1030
abatastini@nixonpeabody.com

Dated: December 13, 2010

13276212.1

## **CERTIFICATE OF SERVICE**

  I, Armando E. Batastini, Esq., hereby certify that on this 13th day of December 2010, a true and accurate copy of the within Corporate Disclosure Statement was electronically filed through the ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Notification (NEF) and paper copies will be served on the non registered participants listed below:

| Via CM/ECF | VIA CM/ECF |
|---|---|
| Michael K Callan, Esq.  mcallan@dwpm.com | Edward V. Sabella, Esq. esabella@ssfpc.com |

          /s/ Armando E. Batastini